**Order entered August 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00382-CV

### RICARDO MERCADO CARBAJAL, Appellant

### V.

### ACCC GENERAL AGENCY INC., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09809**

## ORDER

We **GRANT** appellant's August 12, 2015 motion for an extension of time to file an amended brief. Appellant shall file an amended brief by **SEPTEMBER 9, 2015**.

/s/ ELIZABETH LANG-MIERS
JUSTICE